## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ComicLink, Inc., | |
| Plaintiff, | |
| v. | Civil Action |
| | Docket No. |
| Adrian Way, | |
| Defendant. | |

## COMPLAINT

NOW COMES Plaintiff, ComicLink, Inc. ("ComicLink"), by and through its counsel, and for its Complaint against Defendant Adrian Way ("Way") states as follows:

## PARTIES

1. Way is an individual residing at all times relevant in Topeka, Kansas and is a citizen of Kansas.

2. ComicLink is a Maine Corporation with a principal place of business in Portland, Maine.

## JURISDICTION

3. Jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1332 as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

## VENUE

4. Venue is properly laid in this Court pursuant to 28 U.S.C. § 1391(b)(2).

5.     In addition, the parties contracted to resolve disputes in the courts in Maine, including the Federal Court in the District of Maine.

## CLAIM

6.     ComicLink operates an online auction system for which buyers can buy at a specified asking price or place a bid ("Auction") to purchase vintage comic books, comic art, and comic book lots ("Products").

7.     Buyers may register for an Auction and bid on Products, with the high bidder being obligated to purchase the Products subject to the terms and conditions "Terms") posted on ComicLink's website, https://www.comiclink.com (the "Website"), and that must be accepted before a buyer may register to bid.

8.     Way was the high bidder at an Auction and purchased comics (the "Purchased Products").

9.     Way agreed to pay $281,791.52 (the "Purchase Price") in total for the Purchased Products.

10.    In accordance with the Terms, ComicLink has reserved the Purchased Products for Way.

11.    Despite repeated demands, Way has failed to pay the Purchase Price.

12.    According to the Terms, Way's purchases are subject to late fees ("Late Fees") and interest ("Interest") that continues to accrue.

13.    The Terms also provides for Way to pay ComicLink's attorney's fees incurred in collecting this debt ("Attorney's Fees").

14. Way has materially breached the Terms by failing to provide payment to ComicLink for the Purchased Products.

15. Way's failure to pay the Purchase Price in accordance with the Terms constitutes a breach of contract.

16. As a direct and proximate result of Way's breach of the agreement, ComicLink has suffered damages that include the Purchase Price, Late Fees, Interest, and Attorney's Fees.

THEREFORE, Plaintiff ComicLink requests that this Court enter judgment in its favor against Defendant Way for breach of contract and to award it compensatory damages, interest, costs, and attorneys' fees, and award such other and further relief as this Court deems just and proper.

Dated: February 26, 2026  /s/ Langdon G. Thaxter
Langdon G. Thaxter Bar No. 6618
Attorney for the Plaintiff

NORMAN, HANSON & DETROY, LLC
P.O. Box 4600
Portland, ME  04112-4600
lthaxter@nhdlaw.com
(207) 774-7000